FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2021

No. 04-21-00334-CV

**IN THE INTEREST OF L.J.C., X.I.C., Z.S.C., E.A.C., L.C.C., AND A.R.G**.

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00922
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was due August 20, 2021, and the appellant is presumed indigent.

Court reporter Elva G. Chapa has filed a notification of late reporter's record, requesting an extension until September 13, 2021 to file the reporter's record. We GRANT her request and ORDER her to file the reporter's record on or before September 13, 2021.

Court reporter Blanca Espericueta has also filed a notification of late reporter's record, requesting an extension to September 7, 2021. We GRANT her request and ORDER her to file the reporter's record on or before September 7, 2021.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court